U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA BENNETT AND<br>CURTIS BENNETT | * <br> * <br> * | CIVIL ACTION NO. |
| VERSUS | * <br> * | 1:08CV0183 |
| RICKMAN TRUCKING CO., INC., ET AL | * | MAGISTRATE |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

TO:   THE JUDGES OF THE UNITED STATES DISTRICT COURT
      FOR THE WESTERN DISTRICT OF LOUISIANA

**NOW INTO COURT**, through undersigned counsel, comes Lincoln General Insurance Company ("defendant"), who respectfully aver:

I.

On January 3, 2008, a civil action entitled "*Cynthia Bennett and Curtis Bennett versus Rickman Trucking Co., Inc., et al,*" was filed and is presently pending in the 9th Judicial District Court in the Parish of Rapides, State of Louisiana.

II.

Petitioner, Lincoln General Insurance Company, received domiciliary service through the Secretary of State on January 15, 2008, and acquiesces to the removal of this action pursuant to 28 USC §§1331 and 1332.

III.

As of the date of filing, service via long arm citation has not yet been made on Defendant,

1

James O. Price.

IV.

As of the date of filing, service via long arm citation has not yet been made on Defendant, Rickman Trucking Co., Inc.

V.

Petitioners herein request that suit filed on behalf of Cynthia Bennett and Curtis Bennett be removed to the United States District Court for the Western District of Louisiana for the reasons set forth below. This Court is also advised that thirty (30) days have not elapsed since the date of service of process upon petitioners. See, 28 USC Section 1446(b).

VI.

Cynthia Bennett and Curtis Bennett are citizens of and domiciled in the Parish of Rapides, State of Louisiana.

VII.

James O. Price is a citizen of and domiciled in Columbus, Lowndes County, State of Mississippi.

VIII.

Rickman Trucking Co., Inc. is a corporation incorporated under the laws of the State of Mississippi with its principal place of business in Columbus, State of Mississippi.

IX.

Lincoln General Insurance Company is a corporation incorporated under the laws of the State of Pennsylvania with its principal place of business in the State of Pennsylvania.

X.

Complete diversity of citizenship existing between the properly cited and served defendants and the plaintiffs at the time of this removal, this claim is within the Federal Subject Matter Jurisdiction of this Court, 28 USC Section 1332, and is removable pursuant to 28 USC Section 1441, *et seq.*

XI.

Plaintiffs, Cynthia Bennett and Curtis Bennett, allege that they have sustained damages arising from injuries sustained in connection with a motor vehicle accident occurring on or about January 31, 2007, when Cynthia Bennett was operating a 2003 Honda Civic in a southerly direction on U.S. Highway 167 in Pineville, Louisiana, and was subsequently struck from the rear by James O. Price. Plaintiff, Curtis Bennett, is alleging he sustained a loss of consortium in connection with the above-referenced motor vehicle accident.

XII.

Cynthia Bennett alleges that as a result of the aforementioned accident, she has suffered the following injuries:

    a.    Injury to the bone, nerve and tissue of the neck, back and spine;

    b.    Generalized bodily contusions and abrasions;

    c.    Injury to her cervical spine;

    d.    Injury to her lumbosacral spine;

    e.    Aggravation of pre-existing conditions;

    f.    Pain and suffering;

    g.    Loss of enjoyment of life;

    h.    Lost earnings and lost earning capacity;

    i.    Disability and loss of use of physical function;

    j.    Medical expenses, past and future.

(See, Petition for Damages, a copy of which is attached hereto as Exhibit "A").

### XIII.

The undersigned has also learned that in connection with the subject accident, Cynthia Bennett has been treating with an orthopedic surgeon as well as a neurosurgeon for the aforementioned injuries.

### XIV.

Curtis Bennett alleges that as a result of the aforementioned accident, he has suffered a loss of consortium, service and society of his spouse, Cynthia Bennett, alleging that he is entitled to an award of damages in a reasonable amount for this loss.

(See, Petition for Damages, a previously attached as Exhibit "A").

### XV.

Based upon the allegations contained in the Petition for Damages, it reasonably appears that the damages claimed by Plaintiffs exceed the sum of seventy-five thousand dollars ($75,000.00,) exclusive of interest and costs.

### XVI.

Promptly after the filing of this Notice of Removal, written notice is being given to the plaintiffs and a copy of this Notice of Removal is being filed with the Clerk of the aforesaid State Court to effect removal of said civil action to this Court, as provided by 28 USC Section 1446(d).


**WHEREFORE**, Petitioner, Lincoln General Insurance Company, prays that this Honorable Court enters such and further orders and grants such relief as requested in these proceedings in said District Court for the Western District of Louisiana and for such other relief as Petitioners are justly entitled to receive.

Respectfully submitted,

_____
GUY D. PERRIER, III (#20323)
JENNIFER L. SINDER (#28229)
Perrier & Lacoste, LLC
One Canal Place, Suite 2550
365 Canal Street
New Orleans, LA 70130
Tel.: (504) 212-8820
Fax: (504) 212-8825
Attorneys for Defendant, Lincoln General Insurance Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the ___ day of January, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by the United States mail, properly addressed, and first class postage prepaid.

_____

F:\CLIENT FILES\ACTIVE FILES P&L\50228 - JLS\PLEADINGS\NOTICE OF REMOVAL FEDERAL.DOC

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA BENNETT AND. <br> CURTIS BENNETT | * <br> * <br> * | CIVIL ACTION NO. <br><br> JUDGE |
| VERSUS | * <br> * | <br> MAGISTRATE |
| RICKMAN TRUCKING CO., INC., ET AL | * | |

* * * * * * * * * * * * * * * * * * * * *

## VERIFICATION

**STATE OF LOUISIANA**

**PARISH OF ORLEANS**

    **BEFORE ME**, the undersigned Notary Public, personally came and appeared:

**JENNIFER L. SINDER**

who after being duly sworn, did depose and say:

    That she is the attorney for Petitioner, Lincoln General Insurance Company, in the above and foregoing Notice of Removal and is duly authorized to execute this Verification.

    That she has read the foregoing Notice of Removal and that the facts and allegations therein are true and correct to the best of her knowledge, information and belief.

_____
JENNIFER L. SINDER

Sworn to and subscribed before me

this 31 day of January, 2008.

_____
NOTARY PUBLIC

F:\CLIENT FILES\ACTIVE FILES P&L\50228 - JLS\PLEADINGS\VERIFICATION.DOC

Charles Michael Parks
La Bar. Roll # 19727

1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____
          DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA BENNETT AND<br>CURTIS BENNETT | * * * | CIVIL ACTION NO. |
| | * | JUDGE  **1:08CV0183** |
| VERSUS | * * | |
| | * | MAGISTRATE |
| RICKMAN TRUCKING CO., INC., ET AL | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### DEFENDANT, LINCOLN GENERAL INSURANCE COMPANY'S ACQUIESCENCE TO REMOVAL

**NOW INTO COURT,** through undersigned counsel, comes defendant, Lincoln General Insurance Company, who has been properly served with the Plaintiffs' Petition for Damages and acquiesces to the removal of this action to this Honorable Court.

Respectfully submitted,

_____
GUY D. PERRIER, III (#20323)
JENNIFER L. SINDER (#28229)
Perrier & Lacoste, LLC
One Canal Place, Suite 2550
365 Canal Street
New Orleans, LA 70130
Tel.: (504) 212-8820
Fax: (504) 212-8825

### CERTIFICATE OF SERVICE

I do hereby certify that I have on the ___31___ day of ___January___ 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by the United States mail, properly addressed, and first class postage prepaid.

_____

F:\CLIENT FILES\ACTIVE FILES P&L\50228 - JLS\PLEADINGS\ACQUIES TO REMOVAL.DOC

FEB - 6 2008
ROBERT H. SHEMWELL CLERK
BY _____ DEPUTY

NINTH JUDICIAL DISTRICT COURT FOR THE PARISH OF RAPIDES

STATE OF LOUISIANA

NO. 230, 173                                                              DIVISION "C"

CYNTHIA BENNETT AND CURTIS BENNETT

VERSUS

RICKMAN TRUCKING CO., INC., ET AL

FILED:_____        _____
                                      DEPUTY CLERK

## NOTICE OF REMOVAL

TO:   Cynthia Bennett and Curtis Bennett
      Through Their Attorney of Record
      Philip G. Hunter, Esq.
      P. O. Box 11710
      Alexandria, LA 71315-1710

**PLEASE TAKE NOTICE** that Lincoln General Insurance, defendant in the above-entitled action, has filed its Notice of Removal, a copy of which is attached hereto, in the Office of the Clerk of the United States District Court for the Western District of Louisiana.

                                      Respectfully submitted,

                                      _____
                                      GUY D. PERRIER, III (#20323)
                                      JENNIFER L. SINDER (#28229)
                                      Perrier & Lacoste, LLC
                                      One Canal Place, Suite 2550
                                      365 Canal Street
                                      New Orleans, LA 70130
                                      Tel.: (504) 212-8820
                                      Fax: (504) 212-8825
                                      Attorneys for Defendant, Lincoln General
                                      Insurance Company

## CERTIFICATE OF SERVICE

I do hereby certify that I have on the ___ day of January, 2008, served a copy of the foregoing pleading on counsel for all parties to this proceeding, by mailing same by the United States mail, properly addressed, and first class postage prepaid.

_____

**1:08CV0183**

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____
DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CYNTHIA BENNETT AND<br>CURTIS BENNETT | * * * | CIVIL ACTION NO. |
| VERSUS | * * * | JUDGE |
| RICKMAN TRUCKING CO., INC., ET AL | * | MAGISTRATE |

* * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF FILING

**I HEREBY CERTIFY** that I have received a copy of the action styled "Cynthia Bennett and Curtis Bennett v. Rickman Trucking Co., Inc., et al." Docket No. 230, 173, Division "C," 9th Judicial District Court for the Parish of Rapides, State of Louisiana, and that a copy of the Notice of Removal has been filed in the office of the Clerk of Court, 9th Judicial District Court, Parish of Rapides, State of Louisiana, in the action styled "Cynthia Bennett and Curtis Bennett v. Rickman Trucking Co., Inc., et al," Docket No. 230, 173, Division "C", on the docket of said Court.

**IN WITNESS WHEREOF**, I hereunto set my hand and affix my seal this 6th day of February, 2008.

_Una Harrison_
**CLERK, UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA**

F:\CLIENT FILES\ACTIVE FILES P&L\50228 - JLS\PLEADINGS\CERTIFICATE OF FILING.DOC

1

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 8 2008

ROBERT H. _____, CLERK
BY _____ DEPUTY

**PERRIER & LACOSTE, L.L.C.**

ATTORNEYS AT LAW
ONE CANAL PLACE
365 CANAL STREET
SUITE 2550
NEW ORLEANS, LOUISIANA 70130

TELEPHONE: (504) 212-8820
FACSIMILE: (504) 212-8825

February 6, 2008

Clerk of Court
United States District Court
Western District of Louisiana
105 Post Office Building
515 Murray Street
Alexandria, LA 71309-1269

      RE:  Cynthia Bennett, et al v. Rickman Trucking Co., Inc., et al
            9th JDC No. 230,173, Div. "C"
            P&L Client/File No.: 2514-50228

Dear Sir/Madame:

     Per my discussion with the Clerk of Court on 2/6/08, enclosed please find the **Civil Cover Sheet** in the matter *Cynthia Bennett, et al v. Rickman Trucking Co., Inc., et al., 9th JDC No. 230,173, Div. "C"* which was inadvertently left out of the recent pleadings filed in this matter.

     Also enclosed is our firm check in the amount of **$350.00** made payable to **Clerk of Court, USDC –Western District**, to cover the costs of the Notice of Removal and accompanying pleadings. As discussed with the Clerk's office on 2/6/08, the original check in the amount of $350.00 was mistakenly made payable to the 9th JDC.

     My appreciation is that the Clerk filed the Notice of Removal and accompanying pleadings on 2/6/08, ensuring that the Removal will be timely filed, and that the original check made payable to the 9th JDC will be returned to my office.

     I appreciate your courtesies as to notifying us of these issues and helping to rectify them in a prompt fashion. Should you have any questions regarding same, or should you require any further information, please do not hesitate to contact me.

                                              Kindest Regards,

                                              Jennifer L. Sinder, Esq.

JLS/ap
Enclosures

U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

# PERRIER & LACOSTE, L.L.C.
ATTORNEYS AT LAW
ONE CANAL PLACE
365 CANAL STREET
SUITE 2550
NEW ORLEANS, LA 70130

TELEPHONE: (504) 212 - 8820
FACSIMILE: (504) 212 - 8825

January 31, 2008

Honorable Marcia Leleux
Deputy Clerk-In-Charge
United States District Court
Western District of Louisiana
105 Post Office Building
515 Murray Street
Alexandria, LA 71309-1269

RE: Cynthia Bennett, et al v. Rickman Trucking Co., Inc., et al
9th JDC No. 230,173, Div. "C"
P&L Client/File No.: 2514-50228

Dear Madam:

Enclosed please find Notice for Removal, Submission of Documents pursuant to 28 U.S.C. 1446(a), Acquiescence to Removal, Verification and Certificate of Filing filed on behalf of defendant, Lincoln General Insurance Company. Also enclosed is a copy of the Removal which was filed in the Judicial District Court. Also enclosed for filing is an Answer on behalf if Lincoln General Insurance Company. Pursuant to your conversation with our office, enclosed is our firm check in the amount of $350.00 to cover all filing fees.

Please return a stamped, conformed copy of this pleading to us in the self-addressed, postage prepaid envelope which is enclosed for your convenience. Thank you for your assistant in this matter, and should you have any questions, please do not hesitate to contact me.

Kindest Regards,

Jennifer L. Sinder

JLS/ap
Enclosures
cc: Philip G. Hunter, Esq. (via facsimile)
F:\CLIENT FILES\ACTIVE FILES P&L\50228 - JLS\CORRESPONDENCE\CLERK.01.DOC