U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED

FEB - 6 2008

ROBERT H. SHEMWELL, CLERK
BY _____ DEPUTY

Docket No. 230,173

Ninth Judicial District Court for the Parish of Rapides

State of Louisiana

Division C

**1:08CV0183**

### CYNTHIA BENNETT and CURTIS BENNETT

*Versus*

### RICKMAN TRUCKING CO., INC., *et al.*

#### Petition

The joint petition of Cynthia Bennett and Curtis Bennett, residents and domiciliaries of Pineville, Rapides Parish, Louisiana, represents that:

I. Made defendants are:

   a. JAMES O. PRICE, a resident and domiciliary of Columbus, Lowndes County, Mississippi;

   b. RICKMAN TRUCKING CO., INC., and each of its parent and subsidiary companies, a foreign corporation with its principal place of business in Columbus, Mississippi;

   c. LINCOLN GENERAL INSURANCE COMPANY, and each of its parent and subsidiary companies, a foreign insurer authorized to do and doing business in the State of Louisiana.

II. Now and at all times relevant herein, petitioners are and have been legally married.

III. On January 31, 2007, petitioner Cynthia Bennett was driving a 2003 Honda Civic automobile owned by her, in a southerly direction on U. S. Highway 167 in Pineville, Louisiana near the Louisiana Highway 107 on ramp.

IV. At the same time and place, James O. Price, who was in the course and scope of his employment with Rickman Trucking Co., Inc. was driving a 1999 International Eagle 18-wheeler truck also in a southerly direction on U. S. Highway 167, traveling directly behind the vehicle Cynthia Bennett was driving.


DEFENDANT'S EXHIBIT A

V.  As petitioner slowed to a stop in response to traffic congestion ahead, the truck driven by defendant Price collided with the rear of vehicle petitioner was driving, causing the following bodily injuries to petitioner:
   a. Injury to the bone, muscle, nerve and tissue of the neck, back and spine;
   b. Generalized bodily contusions and abrasions;
   c. Injury to her cervical spine;
   d. Injury to her lumbosacral spine;
   e. Aggravation of pre-existing conditions.

VI. The collision was caused by the negligence and fault of defendant James O. Price in the following particulars:
   a. Following too closely;
   b. Failing to yield;
   c. Failing to keep a proper lookout;
   d. Failing to see what he should have seen;
   e. Failing to stop or slow the 18-wheeler truck;
   f. Failing to do all things necessary and proper to avoid the collision.
   g. Violating the motor vehicle and traffic safety laws of the State of Louisiana, Parish of Rapides and City of Pineville.

VII. Petitioner is entitled to an award of damages in reasonable amounts for the following categories of loss:
   a. Pain and suffering;
   b. Loss of enjoyment of life;
   c. Lost earnings and lost earning capacity;
   d. Disability and loss of use of physical function;
   e. Medical expenses, past and future.

VIII. Defendant Lincoln General Insurance Company provided defendants, James O. Price and Rickman Trucking Co., Inc., with liability coverage for the damages sought herein by petitioners.

IX. As a result of the injuries sustained by Cynthia Bennett in this accident, petitioner Curtis Bennett suffered loss of consortium, service and society

2

of Cynthia Bennett and is entitled to an award of damages in a reasonable amount for this loss.

X. The defendants are solidarily liable to petitioner as a result of their relationships as employer and employee, insurer and insured.

XI. Petitioners formally request that all defendants be served and cited according to the instructions appearing at the end of the petition and in accord with law.

Wherefore, Petitioners Pray that defendants be served with a copy of this petition and cited according to law and that after all legal delays have elapsed and due proceedings had there be judgment herein in favor of petitioners and against the defendants, in solido, in reasonable amounts in the premises, together with interest from date of judicial demand and all costs of these proceedings.

_____
Philip G. Hunter (7080), of
Hunter & Morton
P.O. Box 11710
Alexandria, LA 71315-1710
Telephone No. 318.487.1997
Attorneys For Plaintiffs

**Service Instructions:**

Please serve all the defendants in accord with law.

Lincoln General Insurance Company
Through the Secretary of State
State of Louisiana

Long Arm Service on the following:

Rickman Trucking Co., Inc.
Through its agent for the service of process,
Lewis Edward Rickman
1110 ½ Gardner Blvd.
Columbus, MS 39702

James O. Price
367 Boone Lane
Columbus, MS 39702

