UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| CYNTHIA BENNETT and CURTIS BENNETT | CIVIL ACTION NO. 08-0183 |
| -vs- | JUDGE DRELL |
| JAMES O. PRICE, et al. | MAGISTRATE JUDGE KIRK |

### ORDER OF DISMISSAL

The Court having been advised by counsel for the parties that this matter has been settled,

**IT IS ORDERED** that this action is DISMISSED, without prejudice to the right, upon good cause shown within sixty (60) days of the signing of this Order, to reopen the action if settlement is not consummated. **The Clerk is now requested to close this case.**

**IT IS FURTHER ORDERED** that the parties submit to the Court, in accordance with Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, a stipulation of dismissal signed by all applicable parties, together with a judgment for execution by the Court. Any motion that may be pending in this case is hereby denied as moot.

SIGNED on this 11th day of September, 2008, at Alexandria, Louisiana.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE